UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:24-cv-00874

ROBERT E. PAULY, individually; SANDRA M.
PAULY, individually; and ROBERT E. PAULY
and SANDRA M. PAULY as trustees of
ROBERT E. PAULY and SANDRA M. PAULY
REVOCABLE TRUST,

    Plaintiffs,

v.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

## COMPLAINT AND REQUEST FOR JURY TRIAL[1]

Plaintiffs, ROBERT E. PAULY, individually; SANDRA M. PAULY, individually ("collectively Paulys"); and ROBERT E. PAULY and SANDRA M. PAULY as trustees of ROBERT E. PAULY and SANDRA M. PAULY REVOCABLE TRUST ("Pauly Trust"), by and through undersigned counsel, hereby file this Complaint against Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST ("Hartford"), and allege as follows:

---

[1] This Complaint is the refiling of a Complaint (2:23-cv-00259-SPC-KCD) that the court permitted to be voluntarily dismissed without prejudice on September 16, 2024 (D.E. 135). Plaintiffs respectfully request that the matter be re-assigned to the same judge previously assigned for judicial efficiency.

- 1 -

CASE NO.: 2:24-cv-00874

## JURISDICTION AND VENUE

1. This action is based on this court's diversity jurisdiction under 28 U.S.C. § 1332, wherein citizens of one State sue a citizen of another State and the amount in controversy is more than $75,000.00.

2. This is an action for damages in excess of Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interest, attorneys' fees and costs, and meets the jurisdictional threshold for diversity jurisdiction.

3. At all times material hereto, Plaintiff Robert E. Pauly was a resident of Lee County, Florida, and a resident and citizen of Florida and was otherwise *sui juris*.

4. At all times material hereto, Plaintiff Sandra M. Pauly was a resident of Lee County, Florida, and a resident and citizen of Florida and was otherwise *sui juris*.

5. At all times material hereto, Plaintiff Pauly Trust was a trust located and formed in Lee County, Florida, and whose trustees were Robert E. Pauly and Sandra M. Pauly and was otherwise *sui juris*.

6. At all times material hereto, Defendant Hartford was not a citizen of Florida. It was not incorporated under the laws of Florida and did not have its principal place of business in Florida. Defendant Hartford was a corporation licensed and conducting business in the state of Florida, including Lee County, but

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

was at all times material (and still is) a citizen of Indiana and Connecticut. Hartford is incorporated in the state of Indiana and its principal place of business is Hartford, Connecticut.

7. The opposing parties are completely diverse.

8. Venue is proper in the United District Court of the Middle District, Florida, Fort Myers Division, as the location of the house at issue in the present matter and the residence of Plaintiffs Paulys lies in Lee County, Florida, inside this court's venue.

## FACTUAL BACKGROUND

9. The parties entered into an insurance contract, bearing Policy Number 55RBA774669, Claim Number PP0019554238 that was in full force and effect at the time of the subject date of loss. Hartford is in possession of a full and complete copy of the subject policy.

10. At all times material hereto, the above-referenced policy of insurance provided coverage for property damage to the property titled in the name of Plaintiff Pauly Trust and listed in the Property Coverage Schedule, including endorsements thereto, to wit: 2051 S.E. 20th Lane, Cape Coral, Florida 33990-4750.

11. On or about September 28, 2022, Plaintiffs Paulys and Pauly Trust sustained damage to the property listed in the Property Coverage Schedule,

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

including endorsements thereto, as a result of Hurricane Ian. The property consists of a single-family home. Plaintiffs Paulys and Pauly Trust promptly provided notice of the loss to Defendant Hartford.

12. Plaintiffs Paulys and Pauly Trust hired a professional to assist with evaluating the scope of damage and cost of repairs. In addition, Defendant Hartford sent inspectors to examine the loss at the property, and, after seeing the loss and damage, declined to pay the full value of the claim.

13. Defendant Hartford has repeatedly failed and refused to fully compensate Plaintiffs Paulys and Pauly Trust for their damages and losses that are covered under the contract of insurance.

14. The damage and losses at the residence were caused by Hurricane Ian and is covered under the terms and conditions of the insurance policy issued by Defendant Hartford to Plaintiffs Paulys and Pauly Trust.

15. Defendant Hartford has failed and/or refused to pay the full value of the covered claim.

16. All conditions precedent to bringing this action and to recover under the aforementioned policy have been performed by Plaintiffs Paulys and Pauly Trust or have otherwise been waived by Defendant Hartford.

17. As a further direct and proximate result of Defendant's conduct, Plaintiffs Paulys and Pauly Trust have been obligated to retain the undersigned

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

counsel to bring this action and have agreed to pay the undersigned counsel a reasonable fee for services rendered. Pursuant to Florida Statute § 627.70152 and others, Plaintiffs Paulys and Pauly Trust are entitled to recover said attorneys' fees and costs from Defendant Hartford.

## COUNT I - BREACH OF CONTRACT: PAULYS

Plaintiffs Paulys restate, reallege and adopt the allegations set forth in paragraphs 1 through 17 above as if fully restated herein and further allege as follows:

18. Despite the clear obligation to pay Plaintiffs Paulys for the entirety of the loss due to Hurricane Ian and resulting damage to the property and losses at the property, Defendant Hartford has failed to pay Plaintiffs Paulys for the losses covered under the policy of insurance herein, and/or refuses to make said payments, and thus Defendant Hartford is in breach of the policy of insurance.

19. As a further direct and proximate result of Defendant's conduct, Plaintiffs Paulys have been obligated to retain the undersigned counsel to bring this action and have agreed to pay the undersigned counsel a reasonable fee for services. Pursuant to Florida Statute § 627.70152 and others, Plaintiffs Paulys are entitled to recover said attorneys' fees and costs from Defendant Hartford.

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

WHEREFORE, Plaintiffs Paulys demand judgment for damages, including but not limited to property damages, properly losses, attorneys' fees, costs and prejudgment interest against Defendant Hartford.

## **COUNT II - BREACH OF CONTRACT: PAULY TRUST**

Plaintiff Pauly Trust restates, realleges and adopts the allegations set forth in paragraphs 1 through 17 above as if fully restated herein and further alleges as follows:

20.　Despite the clear obligation to pay Plaintiff Pauly Trust for the entirety of the loss due to Hurricane Ian and resulting damage and losses to the property, Defendant Hartford has failed to pay Plaintiff Pauly Trust for the losses covered under the policy of insurance herein, and/or refuses to make said payments, and thus Defendant Hartford is in breach of the policy of insurance.

21.　As a further direct and proximate result of Defendant's conduct, Plaintiff Pauly Trust has been obligated to retain the undersigned counsel to bring this action and has agreed to pay the undersigned counsel a reasonable fee for services. Pursuant to Florida Statute § 627.70152 and others, Plaintiff Pauly Trust is entitled to recover said attorneys' fees and costs from Defendant Hartford.

WHEREFORE, Plaintiff Pauly Trust demands judgment for damages, including but not limited to property damages, property losses, attorneys' fees, costs and prejudgment interest against Defendant Hartford.

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

CASE NO.: 2:24-cv-00874

# REQUEST FOR JURY TRIAL

Plaintiffs Paulys and Pauly Trust hereby request a trial by jury of all issues so triable as a matter of right.

Respectfully submitted on **September 19, 2024**.

/s/ *Lisa A. Riddle*
_____
Lisa A. Riddle
Florida Bar No.: 92521
John E. Hughes III
Florida Bar No.: 0181099
John W. McLuskey
Florida Bar No.: 331171
McLuskey, McDonald & Hughes, P.A.
Attorneys for Plaintiffs
The Barrister Building
8821 S.W. 69th Court
Miami, FL 33156
eservice@mmlawmiami.com
lriddle@mmlawmiami.com
jhughes@mmlawmiami.com
jmcl@mmlawmiami.com
fhudson@mmlawmiami.com
ralpert@mmlawmiami.com
(305) 670-2020 Telephone
(305) 662-6164 Facsimile