IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:24-cv-00874-SPC-NM

ROBERT PAULY and SANDRA PAULY,

    Plaintiffs,

vs.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the Plaintiffs, ROBERT and SANDRA PAULY, and the Defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST, by and through their respective counsel, and stipulate that Plaintiffs' claims against said Defendant, having been amicably settled, should be dismissed, with prejudice.

IT IS FURTHER stipulated that the parties shall bear their respective costs and attorneys' fees as outlined in the Release and that all liens and/or subrogated interests be satisfied by Plaintiffs.

| 7/15/25 | 7/15/25 |
|---|---|
| Dated: _____ | Dated: _____ |
| /s/ John E. Hughes, III | /s/ Tracy A. Jurgus |
| _____ | _____ |
| John E. Hughes, III, Esq. | Tracy A. Jurgus, Esq. |
| Florida Bar No.: 181099 | BUTLER WEIHMULLER KATZ CRAIG LLP |
| Lisa A. Riddle, Esq. | Florida Bar No.: 483737 |
| Florida Bar No.: 92521 | tjurgus@butler.legal |
| McLuskey, McDonald & Hughes, P.A. | Secondary: phutson@butler.legal |
| 8821 Southwest 69th Court | Mail Center: 400 N. Ashley Drive, Suite 2300 |
| Miami, FL 33156 | Tampa, Florida 33602 |
| *Attorneys for Plaintiff, Robert and Sandra Pauly* | Telephone: (305) 416-9998 |
| | *Attorneys for Defendant, Hartford Insurance Company of the Midwest* |